|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| TIFFANY RECINOS, | CASE NO. C23-5592 BHS |
| --- | --- |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendant. | |

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 3, recommending that the Court deny pro se plaintiff Tiffany Recinos's application for leave to proceed *in forma pauperis*, and dismiss her complaint without prejudice, and without leave to amend. Recinos has not objected to the R&R.

A district judge must determine de novo any part of a magistrate judge's proposed disposition to which a party has properly objected. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection

ORDER - 1

requires specific written objections to the findings and recommendations in the R&R. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Judge Leupold's R&R details the issues with Recinos's proposed complaint, including her failure to state a plausible claim against any defendant. This Court also notes that the case is substantially similar to a case recently dismissed by this Court, *Recinos v. Nationwide Insurance Company*, Cause No. 22-5097 BHS.

As the Court informed Recinos in that case, it will address in a separate order whether Recinos should be barred under 28 U.S.C. § 1651(a) from further vexatious, harassing, and duplicative filings in this District, absent a pre-filing showing of imminent danger to herself or her property. Recinos will have an opportunity to address that issue before any such order is entered.

The R&R is **ADOPTED**, Recinos's application to proceed *in forma pauperis* is **DENIED**, and the matter is **DISMISSED without prejudice** and **without leave to amend**.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 6th day of September, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2