UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS, | CASE NO. C23-5592 BHS |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

THIS MATTER is before the Court on pro se plaintiff Tiffany Recinos's motion for extension of time to file a notice of appeal, Dkt. 8.

The Court adopted Magistrate Judge Grady Leupold's Report and Recommendation (R&R), denied Recinos's motion for leave to proceed *in forma pauperis*, and dismissed this case without prejudice and without leave to amend, on September 6, 2023. Dkts. 4 and 5.

On October 19, Recinos filed an untimely notice of appeal. Dkt. 6. *See* Federal Rule of Appellate Procedure 4(a)(1)(A) (notice of appeal must be filed within 30 days of entry of judgment).

ORDER - 1

Recinos blames the delay on someone "hacking" both of her laptops, but she also contends she was "unaware" of the 30 day deadline for filing a notice of appeal. Dkt. 8 at 1–2. Indeed, she has filed substantially identical motions in three other cases (of the 30 she has filed in this District, this year). *See Recinos v. Chase Bank*, Cause No. 23-cv-5643BHS at Dkt. 17; *Recinos v. State of Washington, et al.*, Cause No. 23-cv-5568BHS at Dkt. 16, and *Recinos v. Vision Quest Chiropractic,* Cause No. 23-cv-5852BHS at Dkt. 11.

Under Federal Rule of Appellate Procedure 4(a)(5), a party seeking an extension of time to file a notice of appeal must demonstrate excusable neglect or good cause for the delay. Recinos can show neither. She has filed 30 cases and hundreds of frivolous motions, briefs, requests, notices, and other papers, even though she was continually warned to stop wasting her time, and the Court's.

The Court will not extend the time for filing a notice of appeal, and it would not grant her *in forma pauperis* status on appeal in any event. The motion is **DENIED** and the case remains closed.

**IT IS SO ORDERED**.

Dated this 27th day of November, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2